**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 25-60939-CIV-SMITH**

**RAYMOND T. MAHLBERG,**
**Plaintiff,**
**v.**

**NOBLE HOUSE HOTELS**
**& RESORTS LTD.,**

**Defendant.**
**____________________________________/**

**DEFENDANT'S CERTIFICATE OF AFFILIATED PERSONS AND CORPORATE DISCLOSURE**

Defendant, Noble House Hotels & Resorts, LTD., by and through its undersigned counsel, and pursuant to FRCP 7.1, the Local Rules, and this Court's Order Requiring Scheduling Report and Certificate of Interested Persons and Corporate Disclosure entered on June 10, 2025 [D.E. 7]:

1. Defendant submits the following list of all persons, associated persons, firms, partnerships, and/or corporations that have or may have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to Defendant:

a. Raymond T. Mahlberg – Plaintiff
b. Acacia Barros, Esq. – Counsel for Plaintiff
c. Acacia Barros, P.A. – Law firm representing Plaintiff.
d. Dawn M. Rapoport, Esq. – Counsel for Defendant
e. Dawn M. Rapoport, P.A. – Law firm representing Defendant
f. Philip H. Stillman, Esq.- Attorney for Defendant

g. Stillman & Associates – Law firm representing Defendant
h. Westgroup Partner, LLC - General Partner of Defendant
i. Noble House Associates, LLC – Limited Partner of Defendant, and Member of Westgroup Partner, LLC
j. Colee Family Trust, Manager of Noble House Associates, LLC

2. The only person claiming entitlement to relief is Plaintiff Raymond T. Mahlberg.

3. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully Submitted,

/s/Dawn M. Rapoport, Esq.
Dawn M. Rapoport
Fla. Bar No.: 13176
DAWN M. RAPOPORT, P.A.
1314 East Las Olas Blvd. # 121
Fort Lauderdale, FL 33301
Telephone: 754-333-1105
Primary Email: dawn@rapoportlawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2025, I electronically filed the foregoing Certificate of Affiliated Persons and Corporate Disclosure Statement with the Clerk of the Court for Southern District of Florida using the CM/ECF Filing Portal and is being served this day by transmission of Notice of Electronic Filing generated by the CM/ECF e-Filing

Portal to its Service List on file in this case.

By: *<u>/s/ Dawn M. Rapoport</u>*
Dawn M. Rapoport

**SERVICE LIST**

Acacia Barros, Esq.
Acacia Barros, P.A.
11120 N. Kendal Dr. Ste 201
Miami, Florida 33176
Tel: (305) 639-8381
Fax: (786) 364-7327
Primary Email: ab@barroslawfirm.com