**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-60939-CIV-SMITH**

RAYMOND T. MAHLBERG,

      Plaintiff,

v.

NOBLE HOUSE HOTEL & RESORTS LTD.,

      Defendant.

_____/

**OMINBUS ORDER**

This cause is before the Court on Defendant Noble House Hotel & Resorts LTD.'s Motion to Set Aside Clerk's Default [DE 22].

Federal Rule of Civil Procedure 55(c) permits a court to set aside a default for "good cause." The Eleventh Circuit has set out some considerations for determining good cause, including "whether the default was culpable or willful, whether setting it aside would prejudice the adversary, and whether the defaulting party presents a meritorious defense." *Compania Interamericana Exp.-Imp., S.A. v. Compania Dominicana de Aviacion*, 88 F.3d 948, 951 (11th Cir. 1996) (citations omitted). Defendant has established good cause. Accordingly, it is

    **ORDERED** that:

1. Defendant Noble House Hotel & Resorts LTD.'s Motion to Set Aside Clerk's Default **[DE 22]** is **GRANTED**.

2. The Clerk shall **VACATE** the Clerk's Default **[DE 10]** against Defendant, Noble House Hotel & Resorts LTD.

3. Plaintiff's Motion for Default Judgment against Defendant Noble House Hotels & Resorts, LTD. **[DE 16]** is **DENIED** as **MOOT**.

4. Defendant's Motion for Sanctions **[DE 24]** is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 30th day of July, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record